HENRY H. KALBACH, Respondent, *v.* CENTURY PAINT AND WALL PAPER COMPANY, Appellant, Impleaded with Another.

*Kalbach* v. *Century Paint & W. P. Co.*, 120 App. Div. 888, affirmed.
(Argued May 28, 1908; decided June 12, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 14, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on a promissory note.

*Henry G. K. Heath* and *Claude Gignoux* for appellant.

*Edward A. Alexander* and *Jerome H. Buck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.